William M. Habermehl, Orange County Superintendent of Schools

| | Pay Rate | Sequence Number | Federal | Marital Status | Exemption | | | Additional Amount | | Check Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | 900: | 10961 | | MARRIED | 1 | | | | | NET CHECK |
| Payroll Number | Payroll Issue Date | Payroll Ending Date | State | Marital Status | Exemption | Extra Exemption | | Additional Amount | | |
| | 17-09-2010 | 06-30-2010 | | MARRIED | 1 | 0 | | | | |

### Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| | 5,114.0000 | 1.000 | 5,114.00 |
| | 45.6608 | 15.000 | 684.91 |

### Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 518.85 | 3,136.83 |
| STATE | 157.93 | 878.63 |
| OASDI | 247.93 | 2,104.39 |
| MEDICARE | 57.98 | 492.14 |
| STATE DISABILITY INS | | |
| TOTAL: | 982.69 | |

#### Pre-Tax Retirement

| Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral | Fiscal Y-T-D |
|---|---|---|---|---|---|
| 357.98 | 2,453.98 | 3,589.62 | | | |
| Retirement Redeposit | | Alt Fiscal Y-T-D | | | |

CURRENT GROSS PAY    5,798.91
FISCAL YEAR GROSS PAY    35,741.91

### Pre-Tax Deductions

| Description | Amount |
|---|---|

### Other Deductions

| Description | Amount |
|---|---|
| MET LIFE INS - SUPPLE | 67.98 |
| METLIFE DISABILITY | 27.26 |
| TOTAL: | 95.24 |

| Gross Pay | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | ESA Gross Advance | NET PAY |
|---|---|---|---|---|---|---|---|
| 5,798.91 | | 357.98 | 95.24 | 982.69 | | 1,987.82 | 1,375.18 |

## Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| | | | |

## Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 35.00 | 3,173.83 |
| STATE | 15.12 | 893.75 |
| OASDI | 111.60 | 2,215.99 |
| MEDICARE | 26.10 | 518.24 |
| STATE DISABILITY INS | | |
| TOTAL: | | 187.82 |

### Pre-Tax Retirement

| Current | Calendar Y-T-D | Fiscal Y-T-D | E.R.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|
| | | | | |

| Retirement Redeposit | | Alt Fiscal Y-T-D |
|---|---|---|
| | | |

## Pre-Tax Deductions

| Description | Amount |
|---|---|
| | |

## Other Deductions

| Description | Amount |
|---|---|
| | |

| FSA Gross Advance | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | | NET PAY |
|---|---|---|---|---|---|---|---|
| | | | | 187.82 | | | 1,800.00 |

| Employee Name | | | Dist/Dept/Grp/Acct/Union/Super/Benefit/Hourly | | | | Check Number |
|---|---|---|---|---|---|---|---|
| | | | 078 - NEWPORT MESA UNIFIED SCH DIST | | | | NET CHECK |
| Employee ID | Pay Site | Sequence Number | Federal: | Marital Status | Exemption | | Additional Amount |
| 8001 | | 09274 | | MARRIED | 1 | | |
| Payroll Number | Payroll Issue Date | Payroll Ending Date | State: | Marital Status | Exemption | Extra Exemption | Additional Amount |
| 014 | 04-10-2010 | 07-31-2010 | | MARRIED | 1 | 0 | |

Important Message

## Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| | 5,114.0000 | 1.000 | 5,114.00 |
| | 45.6608 | 3.000 | 136.98 |

## Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 436.66 | 3,610.49 |
| STATE | 120.26 | 1,014.01 |
| OASDI | 213.96 | 2,429.95 |
| MEDICARE | 50.04 | 568.28 |
| STATE DISABILITY INS | | |
| TOTAL: | | 820.92 |

## Pre-Tax Retirement

| | Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|---|
| | 357.98 | 2,811.97 | 357.98 | | |
| Retirement Redeposit | | All Fiscal Y-T-D | | | |

| | | |
|---|---|---|
| | PER. PERIOD PAY: | 5,250.98 |
| | FISCAL Y-T-D GROSS PAY: | 40,992.89 |

## Pre-Tax Deductions

| Description | Amount |
|---|---|
| | |

## Other Deductions

| Description | Amount |
|---|---|
| | |
| TOTAL: | |

| Gross Pay | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | CSA Gross Advance | NET PAY |
|---|---|---|---|---|---|---|---|
| 5,250.98 | | 357.98 | | 820.92 | | 1,987.82 | 2,084.26 |

| Employee Name | | | | | | | | Check Number |
|---|---|---|---|---|---|---|---|---|
| BROWN E | | | | | | | | NET CHECK |
| Employee ID | Pay Site | Sequence Number | Federal: | Marital Status | Exemption | | Additional Amount | |
| 8001 | | 05393 | | MARRIED | 1 | | | |
| Payroll Number | Payroll Issue Date | Payroll Ending Date | State: | Marital Status | Exemption | Extra Exemption | Additional Amount | |
| CYM | 08-25-2010 | 08-15-2010 | | MARRIED | 1 | 0 | | |

Important Message

078 - NEWPORT MESA UNIFIED SCH DIST

## Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| | | | |

## Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 35.00 | 3,645.49 |
| STATE | 15.12 | 1,029.13 |
| OASDI | 111.60 | 2,541.55 |
| MEDICARE | 26.10 | 594.38 |
| STATE DISABILITY INS | | |
| TOTAL: | 187.82 | |

### Pre-Tax Retirement

| | Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|---|
| | | | | | |
| Retirement Redeposit | | APS Fiscal Y-T-D | | | |

## Pre-Tax Deductions

| Description | Amount |
|---|---|
| | |

## Other Deductions

| Description | Amount |
|---|---|
| | |

| ESA Gross Advance | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | NET PAY |
|---|---|---|---|---|---|---|
| | | | | | | 3,800.00 |
| Current | 1,987.82 | | | 187.82 | | |